IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-59-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| STEVEN PAUL BROWNING | ) |

FILED IN OPEN COURT
ON 9-8-15 KM
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

## **PRELIMINARY ORDER AND JUDGMENT OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Steven Paul Browning, on ~~August~~ Sept 8____, 2015, the following property is hereby forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), as made applicable by 28 U.S.C. § 2461(c), to wit:

(1) A 2006 Ford F150, VIN: 1FTRX12W46NA11881;

(2) A 2014 Bendron trailer, VIN: 5UZBE1012E012ED027151;

(3) 47 pieces of military gear seized on March 18, 2015 at 401 Jasmine Lane, Jacksonville, NC; and

(4) A money judgment for $148,587.00, which represents all proceeds the Defendant obtained, directly or indirectly, from the offense charged in the criminal information, and all interest and proceeds traceable thereto, in that such sum equals property, that the Defendant obtained as the result of his violation of 22 U.S.C. § 2778.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to 21 U.S.C. § 853(g);

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This 8 day of September, 2015.

_____
W. EARL BRITT
Senior United States District Judge

3