UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-59-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN PAUL BROWNING | ORDER |

This matter is before the court on the defendant's unopposed motion to continue the sentencing hearing and motion to seal the same. For good cause shown, the motions are ALLOWED. Sentencing is CONTINUED to 1 February 2016.

This 6 November 2015.

                                                W. Earl Britt
                                                Senior U.S. District Judge